

CENTER *for* BIOLOGICAL DIVERSITY                    *Because life is good.*

February 6, 2026

HONORABLE KENNETH J. MANSFIELD
United States Chief Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850
mansfield_orders@hid.uscourts.gov

       Re:    *Center for Biological Diversity v. U.S. Fish & Wildlife Serv., et al.*
            Case No. CV25-00223 SASP-KJM
            <u>Joint Request to Continue February 23, 2026 Early Settlement Conference</u>

Dear Judge Mansfield,

       An Early Settlement Conference is currently set in this matter for February 23, 2026 at 10:00 AM by Video Conference. Confidential Settlement Conference statements are due by February 17, 2026.

       On January 27, 2026, the parties reached a settlement in principle. The parties therefore respectfully request that the February 23, 2026 Early Settlement Conference be continued 60 days to allow the parties time to finalize an agreement resolving this matter in full.

       Respectfully Submitted,


By: */s/ Maxx E. Phillips*              */s/ Joseph M. McGinley*
MAXX E. PHILLIPS, ESQ.         JOSEPH M. MCGINLEY
TALIA NIMMER, ESQ.            Assistant U.S Attorney
Attorneys for Plaintiff           Attorney for Defendants


APPROVED AND SO ORDERED:

Alaska · Arizona · California · Colorado · Florida · Hawaii · N.Carolina · New Mexico · New York · Oregon · Washington, D.C. · La Paz, Mexico

P.O. Box 710, Tucson, AZ 85702-0710    tel (520) 623.5252    fax (520) 623.9797    BiologicalDiversity.org