CENTER for BIOLOGICAL DIVERSITY                    *Because life is good.*

May 20, 2026

HONORABLE KENNETH J. MANSFIELD
United States Chief Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850
mansfield_orders@hid.uscourts.gov

        Re:    *Center for Biological Diversity v. U.S. Fish & Wildlife Serv., et al.*
             Case No. 1:25-cv-00223-SASP-KJM


<u>Request to Continue June 2, 2026 Settlement Conference</u>

Dear Judge Mansfield,

    A Settlement Conference is currently set in this matter for June 2, 2026 at 10:00 AM. Confidential Settlement Conference statements are due by May 26, 2026.

    On March 5, 2026, the parties executed a settlement agreement and stipulation of dismissal. Plaintiff is waiting on certain conditions being met prior to dismissing the matter, which Plaintiff has been told are forthcoming. Thus, Plaintiff respectfully requests that the June 2, 2026 Settlement Conference be continued another 60 days to allow Plaintiff time to fully resolve and dismiss the matter.

    Respectfully Submitted,


    By: *<u>/s/ Talia Nimmer</u>*

    TALIA NIMMER, ESQ.
    MAXX E. PHILLIPS, ESQ.
    Attorneys for Plaintiff



APPROVED AND SO ORDERED:

*Alaska · Arizona · California · Colorado · Florida · Hawaii . N.Carolina . New Mexico · New York · Oregon · Washington, D.C. · La Paz, Mexico*

P.O. Box 710, Tucson, AZ 85702-0710   tel (520) 623.5252   fax (520) 623.9797   BiologicalDiversity.org

CERTIFICATE OF SERVICE

I, Beatrice Portela, hereby certify that on May 20, 2025 a true and correct copy of

- **PLAINTIFF'S REQUEST TO CONTINUE JUNE 2, 2026 SETTLEMENT CONFERENCE**

was served on the following individuals at the following addresses:

Served Electronically via CM/ECF:

Joseph M. McGinley
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: joseph.mcginley@usdoj.gov

I declare under penalty of perjury that the above is true and correct.

DATED: May 20, 2026 at Oakland, California.

_____
Beatrice Portela